

✓ FILED      ____ RECEIVED
____ ENTERED     ____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 0 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVIS PAUL SCHULTZ, )<br>)<br>Defendant. ) | 2:13-CR-095-JCM-(PAL) |

## FINAL ORDER OF FORFEITURE

On August 28, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2428(a)(1) and (b)(1)(A) based upon the plea of guilty by defendant TRAVIS PAUL SCHULTZ to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant TRAVIS PAUL SCHULTZ pled guilty.  Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 40; Plea Agreement, ECF No. 41; Preliminary Order of Forfeiture, ECF No. 42.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 5, 2014, through October 4, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 43.

1    On November 4, 2014, the United States Attorney's Office served The Corporation Trust

2    Company of Nevada, Registered Agent for JPMorgan Chase Bank., N.A., with copies of the

3    Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt

4    requested.  Notice of Filing Service of Process, ECF No. 44, p. 3-6, 13-18.

5    On November 4, 2014, the United States Attorney's Office attempted to serve JP Morgan

6    Chase Bank, NA, P.O. Box 11606, Lexington, KY 40576 with copies of the Preliminary Order of

7    Forfeiture and the Notice through regular and certified mail, return receipt requested but was advised

8    by the United States Postal Service that the addressee was unknown.  Notice of Filing Service of

9    Process, ECF No. 44, p. 7-9, 13-18

10   On November 4, 2014, the United States Attorney's Office served Kay Deluca, 5347 W. Lake

11   Mitchell Dr., Cadillac, MI 49601-8928, with copies of the Preliminary Order of Forfeiture and the

12   Notice through regular and certified mail, return receipt requested.  Notice of Filing Service of

13   Process, ECF No. 44, p. 10-18.

14   This Court finds no petition was filed herein by or on behalf of any person or entity and the

15   time for filing such petitions and claims has expired.

16   This Court finds no petitions are pending with regard to the assets named herein and the time

17   for presenting such petitions has expired.

18   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

19   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

20   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

21   32.2(c)(2); Title 18, United States Code, Section 2428(a)(1) and (b)(1)(A); and Title 21, United States

22   Code, Section 853(n)(7) and shall be disposed of according to law:

23       1.  iPhone (unknown serial);

24       2.  Silver Dell EXP PC tower, serial #1FGDM1; and

25       3.  Dodge pickup bearing NV plate 272THU, VIN 3B7HF13Z8WG164716.

26   . . .

2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

2 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

3 income derived as a result of the United States of America's management of any property forfeited

4 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

5    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

6 certified copies to the United States Attorney's Office.

7    DATED this ___ day of December, 2014.

8

9

10    _____

11    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26