RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Travis Schultz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS SCHULTZ, <br><br> Defendant. | Case No. 2:13-cr-00095-JCM-PAL <br><br> **STIPULATION TO CONTINUE DEADLINE TO SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Travis Schultz, that the Supplement to Motion for Compassionate Release deadline currently scheduled on October 30, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Mr. Schultz will have exhausted his administrative remedies in approximately two weeks. Undersigned counsel wishes to wait until Mr. Schultz has exhausted his administrative remedies prior to filing the supplement to his motion in this case. Accordingly,

the parties agree that a three-week continuance is appropriate and respectfully request an extension of three weeks.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the Compassionate Release Supplement.

DATED this 29th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVIS SCHULTZ,<br><br>    Defendant. | Case No. 2:13-cr-00095-JCM-PAL<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Compassionate Release Supplement deadline currently scheduled for Friday, October 30, 2020, be vacated and continued to _November 20, 2020_ by 5:00 p.m.

    DATED October 30, 2020.

_____
UNITED STATES DISTRICT JUDGE

3