NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ELIZABETH O. WHITE
Assistant United States Attorney
400 South Liberty #900
Reno, Nevada 89501
Elizabeth.O.White@usdoj.gov
775-784-5438
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       vs.<br><br>TRAVIS PAUL SCHULTZ,<br><br>       Defendant. | Case No  2:13-cr-95-JCM-PAL<br><br>**Stipulation to Extend Time for Government's Response to Defendant's Compassionate Release Motion** |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America; and Assistant Federal Public Defender Paul D. Riddle, counsel for Travis Paul Schultz, that the government's response to Mr. Schultz's Renewed Emergency Motion for Compassionate Release (ECF No. 55) be extended by seven days, to and including December 4, 2020. This stipulation is entered into for the following reasons:

1. Mr. Schultz filed his motion on Friday, November 20, 2020. ECF No. 55.

2. Pursuant to the District Court's General Order Regarding such motions, the government's response is currently due on November 27, 2020.

3. Government counsel handling this matter will be out of the office part of next week, and will need time to review Schultz's motion and records. In light of the Thanksgiving holiday, the government believes it will need additional time, to and including December 4, 2020, to review the motion, related medical records, and other records, and prepare and file the government's response.

4. Schultz's counsel consents to this extension of time.

DATED this 23rd day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: *s/ Paul D. Riddle*<br>Paul D. Riddle<br>Asst. Federal Public Defender<br>*Counsel for Travis Paul Schultz* | By: *s/ Elizabeth O. White*<br>Elizabeth O. White<br>Assistant United States Attorney<br>*Counsel for the United States* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-95-JCM-PAL |
| Plaintiff, | |
| vs. | |
| TRAVIS PAUL SCHULTZ, | **ORDER** |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Renewed Emergency Motion for Compassionate Release (ECF No. 55) be due on December 4, 2020.

DATED December 2, 2020.

_____
UNITED STATES DISTRICT JUDGE